UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Linda Jane Andrie

Case No.: 17-23125
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

On 8/11/17, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on September 12, 2017 at 11 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 13 Wolf Drive, Trenton, NJ 08610 - $100,000

Liens on property: $250,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike Building 5, Suite 110, Trenton, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-23125-KCF
Linda Jane Andrie                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2           Date Rcvd: Aug 11, 2017
                              Form ID: pdf905       Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
```
db          +Linda Jane Andrie,    13 Wolf Drive,    Trenton, NJ 08610-1117
516906322   +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
516906324   +ARS/Account Resolution Specialist,    P.O. Box 459079,    Fort Lauderdale, FL 33345-9079
516906325   +AZZ Medical Associates, P.C.,    P.O. Box 1037,    Pennington, NJ 08534-1037
516906323   +Americare Medical Associates,    445 White Horse Ave # 202,    Trenton, NJ 08610-1410
516906327   +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
516906329   +Chambers Emergency Associates,    66 West Gilbert Street,    Red Bank, NJ 07701-4947
516906330   +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
516906331   +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
516906332   +Comenity Bank/Avenue,    Po Box 182125,    Columbus, OH 43218-2125
516906333   +Comenity Bank/Fashion Bug,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516906334   +Comenity Bank/Roamans,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516906335   +Comenity Bank/womnwthn,    4590 E Broad St,    Columbus, OH 43213-1301
516906337   +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
              Syosset, NY 11791-4401
516906338   +Direct TV,    P.O. Box 5007,    Carol Stream, IL 60197-5007
516906339   +Emergency Physician Associates of SJ,    1 Hamilton Health Place,    Trenton, NJ 08690-3542
516906340   +Emergency Physicians Services of NJ, P.A,    P.O. Box 740021,    Cincinnati, OH 45274-0021
516906342   +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
516906349   +HRRG, LLC,    P.O. Box 5406,    Cincinnati, OH 45273-0001
516906344   +Hamilton Endoscopy and Surgery,    Center,    P.O. Box 11616,    Newark, NJ 07101-5816
516906347   +Hamilton Hospitalists LLC,    445 White Horse Avenue,    Suite 202,    Trenton, NJ 08610-1410
516906348   +Hamilton Infectious Diseases,    2073 Klockner Road,    Trenton, NJ 08690-3414
516906350   +Hsbc Bank Usa, Na,    Po Box 2013,    Buffalo, NY 14240-2013
516906351   +Kevin Law MD,    P.O. Box 6481,    Lawrence Township, NJ 08648-0481
516906353   +Mercer-Bucks Orthopaedic, P.C.,    2501 Kuser Road,    Trenton, NJ 08691-3386
516906355   +Nicholas B. Leonetti, Esquire,    99 Wood Avenue South, Suite 803,    Buckley Madole, P.C.,
              Iselin, NJ 08830-2713
516906356   +Petito-Ross Chiropractic Center, P.C.,    1301 Whitehorse-Mercerville Road,    Suite 200,
              Trenton, NJ 08619-3826
516906361   +RMB, Inc.,    409 Beardon Park Circle,    Knoxville, TN 37919-7448
516906358   +Radiology Affiliates of Central NJ, P.C.,    P.O. Box 787512,    Philadelphia, PA 19178-7512
516906359   +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516906360    Retro Fitness - Hamilton,    374 NJ-33,    Trenton, NJ 08619
516906363   +St. Francis Medical Center,    P.O. Box 826951,    Philadelphia, PA 19182-6951
516906366   +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
516906367   +The Bank of New York,    7 W Main Street,    Riverhead, NY 11901-2801
516906368   +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
516906369  ++WELLS FARGO,    P O BOX 9210,    DES MOINES IA 50306-9210
             (address filed with court: Wells Fargo,     Mac F82535-02f,    Po Box 10438,
              Des Moines, IA 50306)
516906370   +William J. Fenton,    437 East 5th Street,    Florence, NJ 08518-2601
516906371   +World Financial Network Bank for Brylane,    PO Box 659704,    San Antonio, TX 78265-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 11 2017 23:18:42      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2017 23:18:39      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516906326   +E-mail/Text: clientrep@capitalcollects.com Aug 11 2017 23:19:49      Capital Collection Services,
              P.O. Box 150,    West Berlin, NJ 08091-0150
516906328   +E-mail/Text: bankruptcy@certifiedcollection.com Aug 11 2017 23:18:31
              Certified Credit & Collection Bureau,    69 Readington Road,    Somerville, NJ 08876-3557
516906336   +E-mail/PDF: creditonebknotifications@resurgent.com Aug 11 2017 23:21:56      Credit One Bank Na,
              Po Box 98873,    Las Vegas, NV 89193-8873
516906341   +E-mail/Text: bknotice@erccollections.com Aug 11 2017 23:18:46      ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516906343   +E-mail/Text: bnc-bluestem@quantum3group.com Aug 11 2017 23:19:22      Fingerhut,
              6250 Ridgewood Rd,    St Cloud, MN 56303-0820
516906352   +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 11 2017 23:18:10      Kohls/Capital One,
              Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516906354   +E-mail/Text: Bankruptcies@nragroup.com Aug 11 2017 23:19:48      National Recovery Agency,
              P.O. Box 67015,    Harrisburg, PA 17106-7015
516906357    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2017 23:43:52
              Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516906362   +E-mail/Text: rwjebn@rwjbh.org Aug 11 2017 23:19:36      Robert Wood Johnson University Hospital,
              P.O. Box 48025,    Newark, NJ 07101-4825
516907986   +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2017 23:22:05      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 11, 2017
                              Form ID: pdf905          Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516906364       +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2017 23:22:05       Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
516906365       +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2017 23:21:54       Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516906346      ##+Hamilton GI Anesthesia,    P.O. Box 8544,    Trenton, NJ 08650-0544
516906345      ##+Hamilton Gastroenterolgy Group, P.C.,    P.O. Box 9966,   Trenton, NJ 08650-2966
                                                                                 TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              Amy L. Knapp    on behalf of Debtor Linda Jane Andrie alk@sgoldsteinlaw.com,
               G31979@notify.cincompass.com;notices@uprightlaw.com
              Barry   Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```