UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicer for The
Bank of New York Mellon FKA The Bank of New
York, as Trustee for the certificateholders of the
CWABS, Inc., ASSET-BACKED CERTIFICATES,
SERIES 2006-13

In Re:
　　　　Andrie, Linda Jane

Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    17-23125 KCF

Hearing Date: September 19, 2017

Judge:  Kathryn C. Ferguson

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 20, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of  New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES 2006-13</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■      Real Property More Fully Described as:

**Land and premises commonly known as Lot 19, Block 2537,     13 Wolf Dr, Hamilton NJ 08610**

☐      Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*